IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHNSON, | No. C 07-5973 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| Warden EVANS, JERRY BROWN, and C. RICE, | |
| Respondents. | |

    This pro se habeas action was filed on November 27, 2007. On that same day the court notified petitioner that he had neither paid the filing fee nor applied for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. Petitioner has done neither. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

    **IT IS SO ORDERED.**

Dated: January  9  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\JOHNSON,C5973.DSIFP.wpd