**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER JOHNSON,

    Petitioner,

vs.

Warden EVANS, JERRY BROWN, and C. RICE,

    Respondents.
                                    /

No. C 07-5973 WHA (PR)

**JUDGMENT**

    Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered. Plaintiff shall receive no relief by way of his petition.

    **IT IS SO ORDERED.**

Dated: January   9  , 2008.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\JOHNSON,C5973.JUD.wpd